**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV12-10139 JAK (FMOx) | Date | March 4, 2013 |
| Title | Eclipse IP LLC v. Volvo Cars of North America LLC | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On March 1, 2013, Plaintiff filed "Notice of Settlement" (Dkt. 23). The Court sets an Order to Show Cause re Dismissal for March 25, 2013 at 1:30 p.m. If the parties file a dismissal by March 18, 2013, the matter will be taken off calendar and no appearance by counsel will be required.

The March 11, 2013 Scheduling Conference and all other deadlines are vacated.

**IT IS SO ORDERED.**

:

Initials of Preparer   ak